| | |
|---|---|
| Rancho La Valencia, Inc. and Charles R. "Randy" Turner<br>  Appellants | From the 201st District Court<br> Of Travis County |
| v. No. 07-06-00157-CV | November 9, 2011 |
| Aquaplex, Inc. and James Edward Jones, Jr.<br>  Appellees | Opinion by Justice Hancock |

<u>J U D G M E N T</u>

Pursuant to the opinion of the Court, it is ordered, adjudged and decreed that the judgment of the trial court on liability for fraud in the execution of the MSA is affirmed, but remand to the trial court for a new trial on the issue of damages, including the amount of punitive damages.

It is further ordered that appellants pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o